1833.

ARDEN
*v.*
WALDEN.

---

### ARDEN *vs.* WALDEN.

---

Where a copy of subpœna to appear and answer is, as to the return day
and month, served in blank, it is not a good service, and proceedings
nuder it will be set aside.

---

In this case (of foreclosure) the original subpœna had been
duly filled up, signed and sealed; but what purported to be a
copy, served upon the defendant, had a blank left for the day
and month of the return. No appearance had been put in;
and upon an affidavit of due service, the bill was taken *pro
confesso.*

A motion was now made to set the proceedings aside.

*The defendant,* in person.

Mr. *T. G. Fletcher,* for the complainant.

THE VICE-CHANCELLOR. I consider the proceedings ir-
regular. The defendant had a right to treat the paper deliv-
ered as a nullity. It is true the original subpœna had the date:
but the defendant was to be guided by the copy left with him.

This is a clerical error and the defendant has had the ben-
efit of the delay: I shall not give costs.